IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Collins, Fabray Ramone | Case Number: 06 B 03872 |
|---|---|---|
| | Collins, Valerie Jean | Judge: Hollis, Pamela S |
| | Printed: 11/20/07 | Filed: 4/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 27, 2007
Confirmed: September 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,619.37 |  |
| Secured: |  | 12,846.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,800.00 |
| Trustee Fee: |  | 891.03 |
| Other Funds: |  | 1,082.34 |
| Totals: | 18,619.37 | 18,619.37 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Leonard Murray | Administrative | 1,300.00 | 1,300.00 |
| 2. | Peter F Geraci | Administrative | 2,500.00 | 2,500.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 4,340.00 | 4,340.00 |
| 4. | Nationwide Acceptance Corp | Secured | 264.08 | 90.00 |
| 5. | CNAC | Secured | 9,869.49 | 4,720.00 |
| 6. | American General Finance | Secured | 8,511.84 | 3,696.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 5,962.31 | 0.00 |
| 8. | Triad Financial Services | Unsecured | 12,920.51 | 0.00 |
| 9. | Nicor Gas | Unsecured | 1,794.99 | 0.00 |
| 10. | Swiss Colony | Unsecured | 435.75 | 0.00 |
| 11. | Capital One | Unsecured | 1,429.68 | 0.00 |
| 12. | A All Financial | Unsecured | 4,403.98 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 14. | Galway Financial Service | Unsecured | 445.00 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 1,301.51 | 0.00 |
| 16. | Cash Supply | Unsecured | 392.50 | 0.00 |
| 17. | Paragon Way Inc | Unsecured | 454.14 | 0.00 |
| 18. | Nationwide Acceptance Corp | Unsecured | 1,260.37 | 0.00 |
| 19. | Monroe & Main | Unsecured | 217.25 | 0.00 |
| 20. | American General Finance | Unsecured | 0.00 | 0.00 |
| 21. | Hyundai Motor Finance | Unsecured | 6,168.25 | 0.00 |
| 22. | T Mobile | Unsecured | 463.18 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 8,253.01 | 0.00 |
| 24. | Check N Go | Secured |  | No Claim Filed |
| 25. | ADT Security Systems | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Collins, Fabray Ramone | Case Number: 06 B 03872 | |
| Collins, Valerie Jean | Judge: Hollis, Pamela S | |
| Printed: 11/20/07 | Filed: 4/7/06 | |

| | | | |
|---|---|---|---|
| 26. | Advance Til Payday | Unsecured | No Claim Filed |
| 27. | Blair Corporation | Unsecured | No Claim Filed |
| 28. | Budget Counselors Credit Services | Unsecured | No Claim Filed |
| 29. | Capital One Auto Finance | Unsecured | No Claim Filed |
| 30. | Collection System | Unsecured | No Claim Filed |
| 31. | SBC | Unsecured | No Claim Filed |
| 32. | Cliff & Webber | Unsecured | No Claim Filed |
| 33. | Illinois Title Loans | Unsecured | No Claim Filed |
| 34. | Commonwealth Edison | Unsecured | No Claim Filed |
| 35. | First Financial | Unsecured | No Claim Filed |
| 36. | GC Services | Unsecured | No Claim Filed |
| 37. | Direct Tv | Unsecured | No Claim Filed |
| 38. | Marauder Corporation | Unsecured | No Claim Filed |
| 39. | JVC | Unsecured | No Claim Filed |
| 40. | Cashnet | Unsecured | No Claim Filed |
| 41. | MCI | Unsecured | No Claim Filed |
| 42. | Pay Day Loan Store Of Illinois | Unsecured | No Claim Filed |
| 43. | Sonic Payday | Unsecured | No Claim Filed |
| 44. | SBC | Unsecured | No Claim Filed |
| 45. | Pay Day Loan Store Of Illinois | Unsecured | No Claim Filed |
| 46. | Sprint | Unsecured | No Claim Filed |
| 47. | USA Payday Loans | Unsecured | No Claim Filed |
| 48. | TRS Services | Unsecured | No Claim Filed |
| 49. | Suburban Heights Medical Cente | Unsecured | No Claim Filed |
| 50. | Swiss Colony | Unsecured | No Claim Filed |
| 51. | United Cash Loans | Unsecured | No Claim Filed |
| 52. | TRS Services | Unsecured | No Claim Filed |
| 53. | Nicor Gas | Unsecured | No Claim Filed |
| 54. | SBC | Unsecured | No Claim Filed |
| 55. | Worldwide Cash Now | Unsecured | No Claim Filed |
| 56. | Wellgroup Health Partners | Unsecured | No Claim Filed |
| 57. | Nationwide Cash | Unsecured | No Claim Filed |
| 58. | Village of Hazel Crest | Unsecured | No Claim Filed |

```
                                                            _____        _____
                                                            $ 72,937.84       $ 16,646.00
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 26.88 |
| 5% | 213.66 |
| 4.8% | 314.95 |
| 5.4% | 335.54 |

```
              _____
              $ 891.03
```

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Collins, Fabray Ramone<br>Collins, Valerie Jean<br>Printed:  11/20/07 | Case Number:  06 B 03872<br>Judge:  Hollis, Pamela S<br>Filed:  4/7/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

    */s/ Denise Ashley*